ARTURO J. GONZÁLEZ (CA SBN 121490)
KENNETH W. BRAKEBILL (CA SBN 196696)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiffs
GABRIEL RODRIGUEZ and
REBECCA RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RODRIGUEZ and REBECCA RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO; MARCUS TAFOYA, individually and as an officer of the Fresno Police Department; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:05-CV-01017-OWW-DLB<br><br>**ORDER REGARDING CONSOLIDATION** |

Before the Court is the motion of Defendants City of Fresno and Marcus Tafoya ("Defendants") to consolidate *Rodriguez v. City of Fresno, et al.*, Case No. 1:05-CV-01017-OWW-DLB, with *Rendon v. City of Fresno, et al.*, Case No. 1:05-CV-00661-OWW-DLB ("Rendon action"), for all purposes. Having considered the parties' papers as well as oral argument on November 7, 2005, IT IS HEREBY ORDERED that the two cases are consolidated for discovery purposes only and that Defendants' motion is otherwise denied. The Court denies consolidation for trial purposes, subject to reconsideration at the final pretrial conference.

**IT IS SO ORDERED.**

/s/ OLIVER W. WANGER
_____
Dated:   December 1, 2005                        Honorable Oliver W. Wanger