ARTURO J. GONZÁLEZ (CA SBN 121490)
KENNETH W. BRAKEBILL (CA SBN 196696)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
Email:    agonzalez@mofo.com
          kbrakebill@mofo.com

Attorneys for Plaintiffs
GABRIEL RODRIGUEZ and
REBECCA RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RODRIGUEZ and REBECCA RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO; MARCUS TAFOYA, individually; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:05-CV-01017-OWW-DLB<br><br>**STIPULATION AND ORDER RE: EXPERT DEADLINES** |

The parties hereby stipulate to a slight modification of the deadlines relating to expert witness disclosures, as follows:

**Last day to disclose expert witnesses:**  May 12, 2006;

**Last day to disclose supplemental and/or rebuttal expert witnesses:** May 26, 2006;

The parties so stipulate with the understanding that all other dates set pursuant to the Court's February 28, 2006 Scheduling Conference Order, including the trial of this action on September 26, 2006, shall remain the same.  These dates are as follows:

**Last day to complete discovery:**  June 2, 2006;

PDF created with pdfFactory trial version www.pdffactory.com

**Last day to file non-dispositive motions, including any discovery motions:** June 12, 2006;

**Last day to hear non-dispostive motions:** July 10, 2006, at 9:00 a.m. before Magistrate Judge Dennis L. Beck in Courtroom 5;

**Last day to file dispositive motions:** June 23, 2006;

**Dispositive motions hearing date:** July 24, 2006, at 10:00 a.m. before the Honorable Oliver W. Wanger, United States District Judge, in Courtroom 2.

**Settlement conference:** May 18, 2006, at 10:00 a.m. in Courtroom 5 before the Honorable Dennis L. Beck, United States Magistrate Judge;

**Pre-trial conference date:** August 21, 2006, at 11:00 a.m. in Courtroom 2 before the Honorable Oliver W. Wanger, United States District Judge;

**Trial date:** September 26, 2006, at the hour of 9:00 a.m. in Courtroom 2 before the Honorable Oliver W. Wanger, United States District Judge.

Respectfully submitted,

Dated: April 11, 2006                MORRISON & FOERSTER LLP

By:   /s/ Kenneth W. Brakebill
      Kenneth W. Brakebill

Attorneys for Plaintiffs

Dated: April 11, 2006                WEAKLEY, RATLIFF, ARENDT & MCGUIRE LLP

By:   /s/ James J. Arendt
      James J. Arendt

Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April  13 , 2006              /s/ OLIVER W. WANGER
                                     Honorable Oliver W. Wanger

STIPULATION AND ORDER RE: EXPERT DEADLINES
sf-2110556

PDF created with pdfFactory trial version www.pdffactory.com