James D. Weakley, Esq.        Bar No. 082853
James J. Arendt, Esq.         Bar No. 142937

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & MCGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, MARCUS TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RODRIGUEZ and REBECCA RODRIGUEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO; MARCUS TAFOYA, individually and as an officer of the Fresno Police Department; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 1:05-CV-01017-OWW-DLB <br><br> **STIPULATED PROTECTIVE ORDER** <br><br> Complaint Filed: August 8, 2005 <br> Trial Date: September 26, 2006 |

WHEREAS, the Court has ordered the Defendant City of Fresno ("the City") to produce certain documents under a Stipulated Protective Order in its April 6, 2006 Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel (*see* Order at 5:22-6:22, 7:2-14);

WHEREAS, the City believes, in good faith, that certain documents requested by the Plaintiffs contain information that is: (a) confidential, sensitive, or potentially invasive of an individual's privacy interests; (b) not generally known; and (c) not normally revealed to the public or third parties or, if disclosed to third parties, would require such third parties to maintain the information in confidence;

IT IS HEREBY STIPULATED, by, among and between the parties hereto through their counsel of record, and plaintiff DAVID ANTHONY RENDON, in pro per, in *Rendon v. City of Fresno*, *et al.*, Case No. 1:05-CV-00661-OWW-DLB, whose civil action has been consolidated with this action for discovery purposes, that those portions of the documents described above may be designated as "Confidential" by the City and produced subject to the following Protective Order:

1. The disclosed documents shall be used solely in connection with the civil case of *Gabriel Rodriguez, et al., v. City of Fresno, et al.*, Case No. 1:05-CV-01017-OWW-DLB (E.D. Cal.), *Rendon v. City of Fresno*, *et al.*, Case No. 1:05-CV-00661-OWW-DLB (E.D. Cal), and in the preparation and trial of these cases, or any related proceeding.

2. A party producing the documents and materials described above may designate those materials by affixing a mark labeling them as "Confidential." If any "Confidential" materials cannot be labeled with the aforementioned marking, those materials shall be placed in a sealed envelope or other container that is in turn marked "Confidential" in a manner agreed upon by the disclosing and requesting parties.

3. Documents or materials designated under this Protective Order as "Confidential" may only be disclosed to the following persons:

   a) Counsel for Plaintiffs GABRIEL RODRIGUEZ and REBECCA RODRIGUEZ;

   b) Paralegal, clerical, and secretarial personnel regularly employed by counsel referred to in subpart (a) directly above, including stenographic deposition reporters or videographers retained in connection with this action;

   c) Court personnel including stenographic reporters or videographers engaged in proceedings as are necessarily incidental to the preparation for the trial of the civil action;

   d) Any expert or consultant retained in connection with this action;

e)   The finder of fact at the time of trial, subject to the court's rulings on in limine motions and objections of counsel;

f)   Plaintiffs GABRIEL RODRIGUEZ and REBECCA RODRIGUEZ, to the extent reasonably necessary to assist their counsel in this litigation or for their counsel to advise them with respect to the litigation.  Plaintiffs GABRIEL RODRIGUEZ and REBECCA RODRIGUEZ are not to disclose "Confidential" information or materials to any other persons without prior court permission or by prior stipulation by the City; and

g)   Plaintiff DAVID ANTHONY RENDON, in pro per, and any counsel that he may retain in connection with this matter.  Plaintiff DAVID ANTHONY RENDON is not to disclose these documents to any other persons without prior court permission or by prior stipulation by the City.  Before DAVID ANTHONY RENDON discloses any "Confidential" information or materials to his paralegal, that paralegal shall agree on the record or in writing to abide by the terms of this Protective Order, as provided in Paragraph Seven below.

4.   All documents or materials designated as "Confidential" pursuant to this Protective Order, and all papers or documents containing information or materials designated as "Confidential," that are filed with the Court for any purpose shall be filed and served under seal

5.   The designation of information as "Confidential," and the subsequent production thereof, is without prejudice to the right of any party to oppose the admissibility of the designated information.

6.   A party may apply to the Court for an order that information or materials labeled "Confidential" are not, in fact, confidential.  Prior to so applying, the party seeking to reclassify "Confidential" information shall meet and confer with the producing party.  Until the matter is resolved by the parties or the Court, the information in question shall continue to be treated according to its designation under the terms of this Order.  The producing party shall have the burden of establishing the propriety of the "Confidential" designation.  A party shall not be obligated to challenge the propriety of a confidentiality designation at the time made, and a failure to do so shall not preclude a subsequent challenge thereto.

7. Each person to whom disclosure is made, with the exception of counsel, and its paralegal, clerical, and secretarial personnel, who are presumed to know the contents of this Protective Order, shall, prior to the time of disclosure, be provided by the person furnishing him or her such material, a copy of this Protective Order. Each person to whom disclosure is made shall agree on the record or in writing that he/she has read the Protective Order and he/she understands the provisions of the Protective Order. Such person must also consent to be subject to the jurisdiction of the United States District Court, Eastern District of California, with respect to any proceeding related to enforcement of this Protective Order, including without limitation, any proceeding for contempt. Provisions of this Protective Order, insofar as they restrict disclosure and use of the material, shall be in effect until further order of this Court.

8. After the conclusion of this litigation, all documents, in whatever form stored or reproduced, containing "Confidential" information will remain under seal. All parties also ensure that all persons to whom "Confidential" documents were disclosed shall be destroyed or returned to the producing party. The conclusion of this litigation means a termination of the case following applicable post-trial motions, appeal and/or retrial. After the conclusion of this litigation, all confidential documents received under the provisions of this Protective Order, including copies made, shall be destroyed, or tendered back to the attorneys for the City.

Respectfully submitted,

DATED: April 18, 2006

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By: ___/s/   James D. Weakley___
James D. Weakley, Attorneys for Defendants

DATED: April 18, 2006

MORRISON & FOERSTER

Stipulated Protective Order
4

```
 1
 2                                              By:      /s/ Kenneth W. Brakebill
                                                     Kenneth W. Brakebill, Attorneys for
 3                                                   Plaintiffs
 4
         DATED: April 18, 2006
 5
                                                By:      /s/   David Anthony Rendon
 6                                                   David Anthony Rendon
                                                     In Propria Persona
 7
 8
             IT IS SO ORDERED.
 9
10
             Dated:    April 19, 2006              /s/ Oliver W. Wanger
11
            emm0d6                              UNITED STATES DISTRICT JUDGE
12
13
...
27
```

Stipulated Protective Order

5