1  ARTURO J. GONZÁLEZ (CA SBN 121490)
   KENNETH W. BRAKEBILL (CA SBN 196696)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
4  Facsimile: (415) 268-7522
   Email:    agonzalez@mofo.com
5            kbrakebill@mofo.com

6  Attorneys for Plaintiffs
   GABRIEL RODRIGUEZ and
7  REBECCA RODRIGUEZ

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| GABRIEL RODRIGUEZ and REBECCA RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO; MARCUS TAFOYA, individually; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:05-CV-01017-OWW-DLB<br><br>**STIPULATION ANDORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO COMPEL**<br><br>Complaint Filed: August 8, 2005<br><br>Trial Date: September 26, 2006 |

The parties hereby stipulate to continue, for one week, the hearing on Plaintiffs' Motion to Compel, currently scheduled for May 5, 2006, at 9:00 a.m.  The Plaintiffs' Motion to Compel shall be heard on May 12, 2006, at 9:00 a.m.

Respectfully submitted,

Dated: April 27, 2006            MORRISON & FOERSTER LLP

By:   /s/ Kenneth W. Brakebill
      Kenneth W. Brakebill

Attorneys for Plaintiffs

Dated: April 27, 2006            WEAKLEY, RATLIFF, ARENDT & MCGUIRE LLP

By:   /s/ James J. Arendt
      James J. Arendt

Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 28, 2006            /s/ *Dennis L. Beck*
                                 Honorable Dennis L. Beck

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO COMPEL
Case No. 1:05-CV-01017-OWW-DLB
sf-2120873

1