ARTURO J. GONZÁLEZ (CA SBN 121490)
KENNETH W. BRAKEBILL (CA SBN 196696)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email:   agonzalez@mofo.com
         kbrakebill@mofo.com

Attorneys for Plaintiffs
GABRIEL RODRIGUEZ and
REBECCA RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RODRIGUEZ and REBECCA RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO; MARCUS TAFOYA, individually; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:05-CV-01017-OWW-DLB<br><br>**FURTHER STIPULATION AND ORDER RE: EXPERT DEADLINES AND SETTLEMENT CONFERENCE DATE**<br><br>Complaint Filed: August 8, 2005<br><br>Trial Date: September 26, 2006 |

The parties hereby stipulate to extend the expert witness disclosures in this case by two weeks, as follows:

**Last day to disclose expert witnesses:** May 26, 2006;

**Last day to disclose supplemental and/or rebuttal expert witnesses:** June 9, 2006;

Any depositions of experts shall take place no later than June 16, 2006.

The parties also stipulate to defer the settlement conference in this matter, previously scheduled for May 18, 2006, to June 27, 2006 at 10:00 a.m. in Courtroom 5 before the Honorable Dennis L. Beck, United States Magistrate Judge, so as to take place after the close of discovery in this matter.

FURTHER STIPULATION AND ORDER RE: EXPERT DEADLINES AND SETTLEMENT CONFERENCE DATE
CASE NO. 1:05-CV-01017-OWW-DLB
sf-2119893

1

PDF created with pdfFactory trial version www.pdffactory.com

The parties so stipulate with the understanding that all other dates set pursuant to the Court's February 28, 2006 Scheduling Conference Order, including the trial of this action on September 26, 2006, shall remain the same. These dates are as follows:

**Last day to complete discovery:** June 2, 2006;

**Last day to file non-dispositive motions, including any discovery motions:** June 12, 2006;

**Last day to hear non-dispositive motions:** July 10, 2006, at 9:00 a.m. before Magistrate Judge Dennis L. Beck in Courtroom 5;

**Last day to file dispositive motions:** June 23, 2006;

**Dispositive motions hearing date:** July 24, 2006, at 10:00 a.m. before the Honorable Oliver W. Wanger, United States District Judge, in Courtroom 2.

**Pre-trial conference date:** August 21, 2006, at 11:00 a.m. in Courtroom 2 before the Honorable Oliver W. Wanger, United States District Judge;

**Trial date:** September 26, 2006, at the hour of 9:00 a.m. in Courtroom 2 before the Honorable Oliver W. Wanger, United States District Judge.

Respectfully submitted,

Dated: April 27, 2006                    MORRISON & FOERSTER LLP


By:   /s/ Kenneth W. Brakebill
      Kenneth W. Brakebill

Attorneys for Plaintiffs

Dated: April 27, 2006                    WEAKLEY, RATLIFF, ARENDT & MCGUIRE LLP


By:   /s/ James J. Arendt
      James J. Arendt

Attorneys for Defendants

FURTHER STIPULATION AND ORDER RE: EXPERT DEADLINES AND SETTLEMENT CONFERENCE DATE
CASE NO. 1:05-CV-01017-OWW-DLB
sf-2119893

2

PDF created with pdfFactory trial version www.pdffactory.com

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3 Dated: April  28 , 2006                    /S/ OLIVER W. WANGER

4                                                                              Honorable Oliver W. Wanger

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FURTHER STIPULATION AND ORDER RE:  EXPERT DEADLINES AND SETTLEMENT CONFERENCE DATE            3
CASE NO. 1:05-CV-01017-OWW-DLB
sf-2119893

PDF created with pdfFactory trial version www.pdffactory.com