1   James D. Weakley, Esq.     Bar No. 082853
    James J. Arendt, Esq.      Bar No. 142937
2

THE LAW FIRM OF
3   WEAKLEY, RATLIFF,
    ARENDT & McGUIRE, LLP
4   1630 East Shaw Avenue, Suite 176
    Fresno, California   93710
5

    Telephone: (559) 221-5256
6   Facsimile:  (559) 221-5262

7   Attorneys for Defendants, CITY OF FRESNO, MARCUS TAFOYA

8

9                    UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  GABRIEL RODRIGUEZ and REBECCA RODRIGUEZ, | )  CASE NO.  1:05-CV-01017-OWW-DLB |
| 12 | ) |
|            Plaintiffs, | )  **ADDENDUM TO STIPULATED** |
| 13 | )  **PROTECTIVE ORDER [DOC 33]** |
|           vs. | ) |
| 14 | ) |
| 15  CITY OF FRESNO; MARCUS TAFOYA, individually and as an officer of the Fresno | )  Complaint Filed: August 10, 2005 |
| 16  Police Department; and DOES 1 through 50, inclusive, | )  Trial Date:  September 26, 2006 |
| 17           Defendants. | ) |
| 18 | ) |

19      Pursuant to the Court's April 24 and 25, 2006, telephone conference with Magistrate Judge

20  Dennis Beck,

21       IT IS HEREBY STIPULATED by and between the parties through their respective counsel,

22  and plaintiff, DAVID ANTHONY RENDON, in pro per, in *Rendon v. City of Fresno, et al.*, Case

23  No. 1:05-CV-00661 OWW DLB, that this be an Addendum to the Stipulated Protective Order

24  ordered by the Court on April 19, 2006:

25      9.    The below procedures shall be used by the parties for producing documents that the

26  City has marked Confidential under the April 19, 2006, Protective Order.  These procedures are in

27  addition to the other procedures already agreed upon and ordered in the April 19, 2006, Stipulated

28  Protective Order.

         a)     Each of the Plaintiffs shall notify counsel for the City the specific number

_____
Stipulated Protective Order - Addendum

of copies of documents marked Confidential it seeks for production.  Said number of copies shall constitute the number of copies that each of the Plaintiffs reasonably believes it needs in preparation of its case, including any copies for attorney work product, copies for experts, one copy of the Master Binder (as described in e) below), and copies for court filings.  The City shall, in a timely manner, produce said number of copies to the respective Plaintiffs.

b)      Each of the Plaintiffs shall be billed solely for the following costs after production of materials in a) above or c) below: the cost to copy the specific number of copies each Plaintiff has requested (but not the cost of the first copy, which shall be borne by the City), at the rate it would cost the respective Plaintiffs to make said copies itself.  Plaintiffs hereby notify the City that they are billed at $.105 per page (i.e., 10.5 cents per page) for copying reproduction costs; the City shall bill them no greater than this rate.

c)      If the Plaintiffs, in good faith, require additional copies of documents marked Confidential in preparation of their cases, they shall make a further request to counsel for the City.  Upon agreement with counsel for the City, copies will be produced in a timely manner to the respective Plaintiffs, pursuant to the procedures of the Stipulated Protective Order and this Addendum.  Agreement shall not be unreasonably withheld by counsel for the City.

d)      The City shall produce Confidential information to the Rodriguez Plaintiffs with a red marking labeled "Gabriel & Rebecca Rodriguez."  The City shall produce Confidential information to the Rendon Plaintiff with a red marking labeled "David A. Rendon."

e)      After production of Confidential information, the Plaintiffs shall assign each of the Confidential documents a specific deposition exhibit number and notify counsel for the City of same.  Counsel for the City shall be responsible for compiling a Master Binder of these Confidential deposition exhibits ("Master Binder"), which shall contain a side exhibit tab for each deposition exhibit, and shall bring said Master Binder to each deposition.  In the event that multiple depositions are scheduled for the same day, the City shall be responsible for having a Master Binder available at each deposition that day.  These Master Binders will be made available to each witness during each deposition, and counsel for the Plaintiffs is entitled to review said Binders before, during and after each deposition.  The City shall provide a Master Binder to each court-reporting service to maintain as a certified record of Confidential documents used in depositions in this case.

1 Counsel for the Plaintiffs shall have the right to review said Binder at the time of delivery to the

2 court-reporting service.  Counsel for the Plaintiffs is entitled to one copy of the Master Binder.

3         f)      None of the documents designated Confidential pursuant to the Protective

4 Order and this Addendum (that is, documents marked Confidential in their entirety or the

5 Confidential portions of documents not otherwise marked Confidential in their entirety), can be

6 duplicated without further Court Order or authorization.

7         g)      Each of the Plaintiffs shall be responsible for internally tracking the identities

8 of those individuals to whom it gives copies of documents marked Confidential.  The City may not

9 request the identities of said individuals, however, until the final termination of the litigation or if

10 it is able to demonstrate a good faith basis that a particular Plaintiff, or an agent thereof, has

11 breached the Stipulated Protective Order and this Addendum.

12        h)      At the conclusion of the litigation, the documents produced to the Plaintiffs

13 by the City pursuant to the Stipulated Protective Order and this Addendum shall be returned to the

14 City.

15    DATED: May 2, 2006

16                                      WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

17

18                                      By:    /s/ James J. Arendt
                                        James J. Arendt, Attorneys for
19                                      Defendants

20    DATED: May 2, 2006

21                                      MORRISON & FOERSTER

22                                      By:    /s/ Kenneth W. Brakebill
23                                      Kenneth W. Brakebill, Attorneys for
                                        Plaintiffs

24    DATED: May 2, 2006

25                                      By:    /s/ David Anthony Rendon
26                                      David Anthony Rendon
                                        In Propria Persona

27    **IT IS SO ORDERED.**
IT IS SO ORDERED.
28
**Dated:    May 7, 2006**            **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE