James D. Weakley, Esq.      Bar No. 082853
James J. Arendt, Esq.      Bar No. 142937

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, MARCUS TAFOYA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RODRIGUEZ and REBECCA RODRIGUEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO; MARCUS TAFOYA, individually and as an officer of the Fresno Police Department; and DOES 1 through 50, inclusive, <br><br> Defendants. <br> _____ | CASE NO. 1:05-CV-01017-OWW-DLB <br><br> **STIPULATION AND ORDER SHORTENING TIME FOR NOTICE OF MOTION FOR PROTECTIVE ORDER, OR ALTERNATIVELY, MOTION TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED between defendants CITY OF FRESNO and MARCUS TAFOYA ("Defendants") and plaintiffs GABRIEL RODRIGUEZ and REBECCA RODRIGUEZ ("Plaintiffs") that the notice period for Defendants' Motion for Protective Order, or alternatively, Motion to Amend Scheduling Order ("Motion"), is shortened pursuant to the schedule as follows:

The Notice of Motion is to be filed with this Court, and served on counsel for Plaintiffs, no later that 12:00 p.m. on May 22, 2006.

Counsel for Defendants will provide counsel for Plaintiffs, via electronic mail transmission,

---

G. Rodriguez v. City of Fresno, Case:05-01017 OWW/DLB
Stipulation and Order Shortening Time

1  with Defendants' opening section of the Joint Statement of Discovery Dispute no later that 12:00
2  p.m. on May 22, 2002.
3      Counsel for Plaintiffs will provide counsel for Defendants with the Opposition by 12:00
4  Noon on May 24, 2005.
5      The Joint Statement of Discovery Dispute, including any Reply to Plaintiffs' Opposition,
6  is to be filed with the Court, and served on counsel for Plaintiffs, no later that 12:00 p.m. on May
7  25, 2006.  Defendants will also provide a courtesy copy of Joint Statement to Magistrate Judge
8  Dennis L. Beck via electronic mail.  As it is anticipated that confidential materials will be attached
9  as exhibits to the Joint Statement, the Joint Statement is to be filed under seal.
10     The Motion will be heard by the Court on May 26, 2006, at 9:00 a.m., Courtroom 9, The
11 Honorable Dennis L. Beck, presiding.  Said Motion will be heard concurrently with Defendants'
12 pending Motion to Compel Production of Jail Records.
13 DATED: May 19, 2006

WEAKLEY, RATLIFF, ARENDT & McGUIRE

By:     /s/ James D. Weakley
        James D. Weakley
        James J. Arendt
        Attorneys for Defendants

DATED: May 19, 2006

MORRISON & FOERSTER

By:     /s/ Geoffrey Graber
        Kenneth W. Brakebill
        Anne Hunter
        Geoffrey Graber
        Attorneys for Plaintiffs

    IT IS SO ORDERED.

    Dated:   **May 23, 2006**             **/s/ Dennis L. Beck**
    3b142a                         UNITED STATES MAGISTRATE JUDGE

---

G. Rodriguez v. City of Fresno, Case:05-01017 OWW/DLB
Stipulation and Order Shortening Time

2